AO 245C (Rev. 3/95) Amended Judgment in a Criminal Case: Sheet 2 - Imprisonment    (NOTE: Identify Changes with Asterisks (*))

Judgment-Page __2__ of __7__

DEFENDANT: Michael Johnson
CASE NUMBER: 7:02CR00009-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____136___ month(s)_____ .

☒ The court makes the following recommendations to the Bureau of Prisons:

   The court recommends placement for the defendnat in the Bureau of Prisons' Intensive Residential Drug Abuse Treatment Program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ a.m./p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

*received, verified*

# RETURN

I have executed this judgment ~~as follows:~~

   *on March 24, 2005 at FCI Edgefield @ Edgefield, SC.*

FILED
APR 0 8 2005
FILED, U.S.
US DISTRICT COURT
BY _____ DEP CLK

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
Deputy U.S. Marshal

Date: *3/24/2005*
Telephone #: *(919) 645-1700*
Name & Title of Person Contacted: *Mike Argus*
For Verification: *Mike Argus*
*Deputy Clerk*

## **PARTIALLY SCANNED DOCUMENT**

**THIS IS A PARTIALLY SCANNED DOCUMENT.
PLEASE SEE THE CASE FILE FOR ANY
ATTACHMENTS OR OTHER MATERIALS WHICH
HAVE NOT BEEN SCANNED.**

## **PARTIALLY SCANNED DOCUMENT**